UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONATHAN MUNOZ and RAQUEL MUNOZ,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>INCEPTION, LLC and NATERA, INC.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-01297-RFB-EJY<br><br>**ORDER** |

　　　Before the Court for consideration is the Report and Recommendation [ECF No. 4 & 7] of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered September 2, 2021 and November 1, 2021.

　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 16, 2021 and November 15, 2021. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 4 & 7] are ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint [ECF No. 6] is dismissed without prejudice.  Plaintiff may proceed against Defendants in the Eighth Judicial District Court for Clark County, Nevada.

DATED: April 4, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**